IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IRA WHITE, et al.,

          Plaintiffs,

v.                                         CIVIL ACTION NO. 2:05-0965
                                                            2:05-0966
RAWL SALES AND PROCESSING                   2:05-0987 through
COMPANY, a West Virginia corporation, and      2:05-01132
MASSEY ENERGY COMPANY,                          2:05-1151 through
a Delaware corporation,                                  2:05-1154

          Defendants.

**ORDER**

      Finding that these actions involve common questions of law and fact, the Court **ORDERS** the actions consolidated.  Civil Action No. 2:05-0965, White, et al. v. Rawl Sales and Processing, et al., shall be designated as the lead case, and the matter shall proceed under that styling.

      The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

                                    ENTER:      December 21, 2005

                                    ROBERT C. CHAMBERS
                                    UNITED STATES DISTRICT JUDGE